**Order entered March 4, 2021**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01054-CV

### RETAIL SERVICES WIS CORPORATION D/B/A PRODUCT CONNECTIONS, ET AL., Appellants

### V.

### CROSSMARK, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Smith

By order dated December 16, 2020, we granted appellee's motion for leave to file sworn record under seal pending resolution of the trial court's hearing to permanently seal certain exhibits and testimony. We directed appellee to notify us within ten days of any permanent sealing ruling by the trial court. In a letter dated February 15, 2021, counsel for appellee informs the Court that the trial court canceled the permanent sealing hearing originally set for December 18th. The trial

court canceled the hearing following this Court's December 2nd order staying all trial court proceedings except for the temporary injunction.

In light of these circumstances, we **LIFT** the stay in this Court's December 2nd order for the limited purpose to allow the trial court to conduct a permanent sealing hearing. The trial court shall conduct the hearing within thirty days of the date of this order. Appellee shall notify this Court, within thirty-five days of the date of this order, of the trial court's permanent sealing ruling.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court, and all counsel.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE